IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-03052-CMA-MJW

JACOB DANIEL OAKLEY,

   Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director, and
SUSAN JONES, Warden CCF/CSP,

   Defendants.

## ORDER DIRECTING THE CLERK OF THE COURT TO SEEK VOLUNTEER COUNSEL

This matter is before the Court *sua sponte*.  For the following reasons, the Court directs the Clerk of the Court to attempt to obtain volunteer counsel.  Although the Court does not have the power to appoint an attorney without the attorney's consent, *see Mallard v. United States Dist. Court for the S. Dist. of Iowa*, 490 U.S. 296, 310 (1989), nor does the Court have the funds available to pay an attorney who agrees to represent an indigent litigant in a civil case, the Court may seek volunteer counsel to represent Plaintiff.  *See DiCesare v. Stuart*, 12 F.3d 973, 979 (10th Cir. 1993).

The Clerk of the Court maintains a list of *pro se* cases for which the Court is seeking volunteer counsel.  Pursuant to this Order, Plaintiff will be placed on that list.  However, the Court emphasizes that mere placement on the list does not mean that Plaintiff will receive counsel.  Rather, placement on the list results

in representation being secured for Plaintiff **only if counsel volunteers to represent him**. Because of the number of cases on the list and the shortage of volunteer attorneys, placement on the list frequently does not result in counsel being obtained. Furthermore, as the Court is acting *sua sponte*, Plaintiff may decline to utilize the services of counsel, even if representation is secured for him.

If counsel volunteers to represent Plaintiff, Plaintiff will be notified and may accept or decline the services of counsel. Until such time, Plaintiff remains responsible for litigating the case. *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992).

Accordingly, IT IS ORDERED that the Clerk of the Court shall make a good faith effort to find volunteer counsel to represent Plaintiff in this matter.

DATED: March __28__, 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge