**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-03052-CMA-MJW

JACOB DANIEL OAKLEY,

    Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director, and
SUSAN JONES, Warden CCF/CSP,

    Defendants.

---

**ORDER DENYING LEAVE TO PROCEED ON APPEAL
PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24**

---

Plaintiff Jacob Daniel Oakley filed *pro se* a notice of appeal and a motion to proceed *in forma pauperis* on appeal. The Court has examined the motion and the file and finds that the motion is deficient for the following reasons:

- [ ] is missing affidavit
- [ ] affidavit is incomplete
- [ ] affidavit is not notarized or is not properly notarized
- [ ] affidavit is missing required financial information
- [X] is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
- [ ] is missing certificate showing current balance in prison account
- [ ] is missing an original signature by the prisoner
- [X] is not on proper form (must use the court's current form)
- [ ] other: _____

Accordingly, it is

ORDERED that the motion seeking leave to proceed *in forma pauperis* on appeal is denied without prejudice because the motion is deficient. A new motion may be filed in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado this __3rd__ day of May, 2012.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge