**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 10-cv-03052-CMA-MJW

JACOB DANIEL OAKLEY,

Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director, and
SUSAN JONES, Warden CCF/CSP,

Defendants.

---

**ORDER DENYING LEAVE TO PROCEED ON APPEAL**
**PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24**

---

Plaintiff Jacob Daniel Oakley filed *pro se* a notice of appeal and a motion to proceed *in forma pauperis* on appeal. The Court has examined the motion and the file and finds that the motion is deficient for the following reasons:

__ is missing affidavit
__ affidavit is incomplete
__ affidavit is not notarized or is not properly notarized
__ affidavit is missing required financial information
_X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
__ is missing certificate showing current balance in prison account
__ is missing an original signature by the prisoner
_X_ is not on proper form (must use the court's current form)
__ other:____________________________

Accordingly, it is

ORDERED that the motion seeking leave to proceed *in forma pauperis* on appeal is denied without prejudice because the motion is deficient. A new motion may be filed in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado this 3rd day of May, 2012.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge