IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03052-CMA-MJW

JACOB DANIEL OAKLEY,

Plaintiff(s),

v.

TOM CLEMENTS, in his official capacity as the Executive Director of the Colorado Department of Corrections, and
TRAVIS TRANI, in his official capacity as the Warden of the Colorado State Penitentiary and the Centennial Correctional Facility,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

  It is hereby ORDERED that the Plaintiff's <u>Unopposed</u> Motion to Stay Certain Deadlines (Docket No. 99) is granted. Accordingly, the deadlines related to (1) filing a response and reply to the pending motion to dismiss (Docket No. 95), (2) discovery, and (3) filing dispositive motions are stayed pending resolution of the Plaintiff's Motion for Leave to File Second Amended Complaint (Docket No. 97). These deadlines will be reset following a ruling on Docket No. 97.

Date: December 14, 2012