# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

**Civil Action No.**  10-cv-03052-CMA-MJW          FTR - Courtroom A-502

**Date:**  February 13, 2013                      Courtroom Deputy, Ellen E. Miller

| *Parties* | *Counsel* |
|---|---|
| JACOB DANIEL OAKLEY, | Jacob Licht |
| | David H. Stacy |
| Plaintiff(s), | |
| v. | |
| TOM CLEMENTS, in his official and individual capacities as the Executive Director of the Colorado Department of Corrections, and TRAVIS TRANI, in his official capacity as the Warden of the Colorado State Penitentiary and the Centennial Correctional Facility, | Christopher W. Alber |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   STATUS CONFERENCE
**Court in Session:**   8:30 a.m.
Court calls case.  Appearances of counsel.

Status of the case is discussed.

In light of the filing of a Second Amended Complaint, Defendants make an Oral Motion to Withdraw their Motion to Dismiss First Amended Complaint.  With no objection,

**It is ORDERED:**    Defendants' ORAL MOTION TO WITHDRAW Motion to Dismiss First Amended Complaint [Docket No. 95] is GRANTED, therefore, Defendants' MOTION TO DISMISS FIRST AMENDED COMPLAINT [Docket No. **95**, filed November 28, 2012] is **WITHDRAWN.**

Argument by Defendants and Plaintiff is heard regarding Defendants' Motion to Stay Further Discovery.

**It is ORDERED:**    Defendants' MOTION TO STAY FURTHER DISCOVERY [Docket No. **114**, filed February 12, 2013] is **GRANTED.**
Discovery is stayed until further Order of the Court.

**It is ORDERED:**   The following briefing schedule is set as to Defendants' MOTION TO DISMISS SECOND AMENDED COMPLAINT [Docket No. **113**, filed February 12, 2013]:
Deadline for Plaintiff to file RESPONSE is **MARCH 01, 2013**
Deadline for Defendants to file REPLY  is **MARCH 15, 2013**

Defense counsel notes a three-day trial with Magistrate Judge Mix  has been scheduled on his calendar to begin April 16, 2013, thereby creating a conflict with the Final Pretrial Conference set in this case.  With no objections,

**It is ORDERED:**   Defendants' ORAL MOTION TO RESET FINAL PRETRIAL CONFERENCE is GRANTED.
Final Pretrial Conference set April 16, 2013 at 9:30 a.m. is VACATED and RESET to    **MAY 07, 2013  at  9:30 a.m.**  in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse,
901 19th Street, Denver, Colorado 80294.
Parties shall file their proposed Final Pretrial Order **on or before MAY 03, 2013.**

Hearing concluded.

**Court in recess:**    8:56 a.m.
Total In-Court Time 00:26

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.