IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03052-CMA-MJW

JACOB DANIEL OAKLEY,

Plaintiff(s),

v.

TOM CLEMENTS, in his official and individual capacities as the Executive Director of the Colorado Department of Corrections, and
TRAVIS TRANI, in his official capacity as the Warden of the Colorado State Penitentiary and the Centennial Correctional Facility,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Vacate the Final Pretrial Conference (Docket No. 123) is granted. Accordingly, the Final Pretrial Conference set on May 7, 2013, at 9:30 a.m. is VACATED and RESET on July 11, 2013, at 10:00 a.m. The proposed Final Pretrial Order shall be filed on or before July 5, 2013.

Date: May 2, 2013