**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-03052-CMA-MJW

JACOB DANIEL OAKLEY,

    Plaintiff,

v.

RISK RAEMISCH, in his official capacity as Executive Director of
   the Colorado Department of Corrections, and
TRAVIS TRANI, in his official capacity as Warden of the Colorado
   State Penitentiary and the Centennial Correctional Facility,

    Defendants.

---

**ORDER REGARDING STIPULATION OF DISMISSAL OF DEFENDANT ESTATE**

---

    Upon review of the parties' Stipulation to Dismiss the Damages Claim and the Estate of Tom Clements Under Fed. R. Civ. P. 41(a) (Doc. # 145), the Court ORDERS as follows:

    The damages claim and Defendant Estate of Tom Clements are hereby DISMISSED WITH PREJUDICE. It is

    FURTHER ORDERED that each party shall pay his or its own costs and attorney fees relating to said damages claim and the dismissal thereof. It is

    FURTHER ORDERED that the caption on all subsequent filings shall be as set forth above.

    DATED: October   10  , 2013

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge