IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03052-CMA-MJW

JACOB DANIEL OAKLEY,

Plaintiff(s),

v.

TOM CLEMENTS, in his official capacity as the Executive Director of the Colorado Department of Corrections, and
TRAVIS TRANI, in his official capacity as the Warden of the Colorado State Penitentiary and the Centennial Correctional Facility,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that plaintiff's Unopposed Motion to Vacate Pretrial Conference (Docket No. 146) is GRANTED.  The Pretrial Conference set for October 21, 2013 at 11:00 a.m. is VACATED.

    It is FURTHER ORDERED that the court will hold a Status Conference in this matter on December 13, 2013 at 9:00 a.m.

Date: October 11, 2013