IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-03052-CMA-MJW

JACOB DANIEL OAKLEY,

　　　　Plaintiff,

v.

RICK RAEMISCH, in his official capacity as the Executive Director of
　　　The Colorado Department of Corrections, and
TRAVIS TRANI, in his official capacity as the Warden of the Colorado
　　　State Penitentiary and the Centennial Correctional Facility,

　　　　Defendants.

---

**ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

---

　　　　This matter is before the Court on Plaintiff's Motion for Summary Judgment filed March 27, 2014. (Doc. # 159.) Defendants responded to this motion on May 12, 2014 (Doc. # 167), and Plaintiff replied on May 29, 2014 (Doc. # 177). Upon review of the parties' briefing and the evidence referenced therein, the Court determines that genuine issues of material fact preclude the Court from granting the summary judgment motion.[1]

---

[1] In rendering this decision, the Court has not considered Ms. Wasko's Declaration (Doc. # 167-2), which Magistrate Judge Watanabe has stricken (Doc. # 185).

Accordingly the Court ORDERS that Plaintiff's Motion for Summary Judgment (Doc. # 159) is DENIED.

DATED: October  23 , 2014

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge