**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-03052-CMA-MJW

JACOB DANIEL OAKLEY ,

    Plaintiff,

v.

RICK RAEMISCH, in his official capacity as the Executive Director of
Colorado Department of Corrections, and
TRAVIS TRANI, in his official capacity of the Warden of the Colorado
State Penitentiary and the  Centennial Correctional Facility,

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the court's oral ruling in open court after the Final Trial Preparation Conference on November 19, 2014, and pursuant to the court's ruling in Docket No. 204, it is

    ORDERED that Defendants' Motion to Dismiss as Moot (Docket No. 190) is GRANTED. It is

    FURTHER ORDERED that the three-day trial set for 12/1/2014 is VACATED. It is

    FURTHER ORDERED that accordingly, this case is DISMISSED WITH PREJUDICE in its entirety. It is

    FURTHER ORDERED that the Defendants shall have their costs by the filing of a

Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR54.1.

Dated at Denver, Colorado this 18th day of December, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ A. Thomas

Deputy Clerk